UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-61018-ALTMAN/Hunt

SHENZHEN AIFASITE ELECTRONIC
COMMERCE CO., LTD.,

    *Plaintiff*,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    *Defendants.*

_____/

## ORDER

Our Plaintiff, Shenzhen Aifasite Electronic Commerce Co., Ltd., has filed a Motion for the Entry of a Preliminary Injunction (the "Motion") [ECF No. 21]. The Plaintiff, Shenzhen Aifasite Electronic Commerce Co., Ltd. ("Plaintiff" or "Aifasite"), moves for entry of preliminary injunction against the Defendants, Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" to the Complaint, and attached hereto, (collectively the "Defendants"), and an order restraining the financial accounts used by the Defendants pursuant to 17 U.S.C. § 504(b) and Federal Rule of Civil Procedure 65(a).

We convened a hearing on August 4, 2023, at which only counsel for the Plaintiff was present and available to present evidence supporting the Motion. *See* Minute Entry [ECF No. 27]. Because the Plaintiff has satisfied the requirement for the issuance of a preliminary injunction, we will now **GRANT** the Motion [ECF No. 21].

**I.    FACTUAL BACKGROUND**

The Plaintiff is the owner of U.S. Trademark Registration No. 5,565,547 ("Calsunbaby"). *See* Complaint [ECF No. 1] at ¶ 4. On September 18, 2018, Plaintiff registered the Calsunbaby Mark in

connection with the advertising, marketing and sale of retail items, as depicted therein, in interstate and foreign commerce, including commerce in the State of Florida and the Southern District of Florida. *Id.* at ¶ 4. In order to counter widespread infringement of the Calsunbaby mark, Plaintiff has undertaken an investigation which has established that the Defendants are using various storefronts on the Walmart e-commerce platform to sell products to consumers in the United States and the State of Florida, including the Southern District of Florida. *See* Declaration of Wang Wei Mei ("Wei Mei Decl.") [ECF No. 7] at ¶ 17. The Plaintiff personally analyzed each of the screenshots and photographs of the products as described in the Declaration of Wang Wei Mei and its accompanying exhibits, which demonstrate that products are being offered for sale to residents of the United States and the State of Florida utilizing the unauthorized and infringing counterfeits of Plaintiff's Calsunbaby mark.

## II.     LEGAL STANDARD

Title 15 U.S.C. §1114 provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive."

## III.    CONCLUSIONS OF LAW

The submissions that the Plaintiff submitted in support of its *Ex Parte* Application for Temporary Restraining Order and the representations made in the Motion for Preliminary Injunction support the following conclusions of law:

A.     The Plaintiff has a strong probability of proving at trial that (1) Plaintiff owns the valid trademark for the Calsunbaby Mark.

B.     Because of the infringement of the Calsunbaby Mark, the Plaintiff is likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. The following specific facts,

as set forth in the Plaintiff's Complaint, Application for Temporary Restraining Order, and accompanying submissions, demonstrate that immediate and irreparable loss, damage, and injury will result to the Plaintiff and to consumers, before the Defendants can be heard in opposition unless the Plaintiff's request for relief is granted:

1. The Defendants own or control Internet based e-commerce stores through which Defendants sell products utilizing Plaintiff's Calsunbaby Mark without permission;

2. There is good cause to believe that more products that do not originate with and are not approved by the Plaintiff will appear in the marketplace that are marketed and sold utilizing unauthorized and infringing copies of the Plaintiff's Calsunbaby Mark without permission; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that the Plaintiff may suffer loss of sales for its genuine products and an unnatural erosion of the legitimate marketplace in which it operates.

3. There is good cause to believe that the Defendants can easily and quickly change the ownership or modify domain registration and e-commerce store account data and content, change payment accounts, redirect consumer traffic to other seller identification names, and transfer assets and ownership of Seller IDs thereby thwarting the Plaintiff's ability to obtain meaningful relief.

C. If a preliminary injunction is issued, the potential harm to the Plaintiff, its reputation, and its goodwill associated with the Calsunbaby Mark far outweighs the potential harm to the Defendants in restraining their trade associated with their use of the Calsunbaby Mark.

D. The public interest favors issuance of the preliminary injunction to protect the Plaintiff's trademark interests, to encourage respect for the law and to protect the public from being defrauded.

E.      Pursuant to 15 U.S.C. § 1117(a), a trademark owner is entitled to recover profits, actual damages suffered by him or her as a result of the infringement, as well as attorney's fees and costs. In addition, the law provides for statutory damages upon Plaintiff's election. 15 U.S.C. §1117(c).

F.      Requesting equitable relief "invokes the district court's inherent equitable powers to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief." *Levi Strauss & Co.*, 51 F.3d 982, 987 (11th Cir. 1995) (citing *Federal Trade Commission v. United States Oil & Gas Corp.*, 748 F.2d 1431, 1433-34 (11th Cir. 1984)).

G.      In light of the inherently deceptive nature of the counterfeiting business, and the likelihood that the Defendants have violated federal trademark laws, the Plaintiff has good reason to believe the Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless those assets are restrained.

Upon review of the Plaintiff's Complaint, Motion, and supporting evidentiary submissions, we hereby **ORDER AND ADJUDGE** that the Plaintiff's Motion [ECF No. 21] is **GRANTED**, under the terms set forth below:

A.      The Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them are temporarily enjoined and restrained from:

1.      reproducing, distributing copies of, making derivative works of, or publicly displaying the Calsunbaby Mark in any manner without the express authorization of the Plaintiff;

2.      using the Calsunbaby Mark in connection with the publicity, promotion, sale, distribution or advertising of any goods sold by Defendants and selling of any items under the Calsunbaby Mark;

3. committing any acts calculated to cause consumers to believe that the Defendants' products are those sold under the authorization, control or supervision of the Plaintiff, or are sponsored by, approved by, or otherwise connected with the Plaintiff;

4. further infringing the Calsunbaby Mark and damaging the Plaintiff's goodwill;

5. from secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products marketed, sold or offered for sale using the Calsunbaby Mark or substantially similar reproductions; or (ii) any assets or other financial accounts subject to this Order, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any of the Defendants, including, but not limited to, any assets held by or on behalf of any of the Defendants.

B. Each of the Defendants, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order shall immediately discontinue the use of the Calsunbaby Mark on or in connection with, all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller ID's.

C. Each of the Defendants shall not transfer ownership of the Seller IDs during the pendency of this action, or until further Order of the Court.

D. Upon receipt of notice of this Order, the Defendants and any third-party financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms that are providing services for any of the Defendants, including but not limited to, Walmart, Hyperwallet, Paypal, and Payoneer, and their related companies and affiliates (collectively, the "Third Party Providers"), shall within five (5) business days after receipt of notice of this Order,

1. Restrain the transfer of all funds, including funds relating to ongoing account activity, held or received for the Defendants' benefit or to be transferred into the Defendants' respective

financial accounts, restrain any other financial accounts tied thereto, and immediately divert those restrained funds to a holding account for the trust of the Court. Such restraining of the funds and the disclosure of the related financial institution account information (as provided below) shall be made without notice to the account owners or the financial institutions until after those accounts are restrained. No funds restrained by this Order shall be transferred or surrendered by any Third-Party Provider for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

      2.      Provide Plaintiff expedited discovery of the following: (i) the identity of all financial accounts and/or sub-accounts associated with the Internet based e-commerce stores operating under the Seller IDs identified on the Schedule "A" to the Complaint, and attached hereto, as well as any other accounts of the same customer(s); (ii) the identity and location of the Defendants identified in the Schedule "A," including all known contact information including any and all known aliases and associated e-mail addresses; (iii) an accounting of the total funds restrained and identities of the financial account(s) and sub-account(s) for which the restrained funds are related.

      E.      Any of the Defendants or Third-Party Provider subject to this Order may petition the Court to modify the asset restraint set out in this Order.

      F.      In addition to other methods authorized by law, the Plaintiff may provide notice of these proceedings to third parties by delivery of this Order and other relevant documents to the following Online marketplace platforms, Financial Institutions and/or Third-Party Service Providers at the following addresses:

    1.    PayPal, attention EE Omaha Legal Specialist at EEOMALegalSpecialist@paypal.com;

    2.    Stripe, Attn. Legal, at notices@stripe.com;

    3.    Payoneer, VP of Operations at VPOperations@Payoneer.com and/or Melissa Godwin, Legal Counsel, at melissa.godwin@us.dlapiper.com;

    4.    Walmart, legal@walmart.com and/or trolegalcomms@walmartlegal.com;

      5.      PingPong Global Solutions Inc., Legal Department at legal@pingpongx.com.

      G.      This Order shall apply to the Seller IDs, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, domain names, websites, or financial accounts which are being used by the Defendants for the purpose of infringing the Calsunbaby Mark at issue in this action and/or unfairly competing with the Plaintiff.

      H.      The Court determines that the bond in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), posted by Plaintiff on July 17, 2023, is sufficient and shall remain with the Court until a final disposition or until this Preliminary Injunction is dissolved or terminated.

      I.      This preliminary injunction order shall remain in effect until a final disposition or until this Preliminary Injunction is dissolved or terminated.

      J.      Any of the Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to the Plaintiff or on shorter notice as set by this Court.

      K.      The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any party may move to reopen the case at any time.

      **DONE AND ORDERED** in the Southern District of Florida on August 7, 2023.

      **ROY K. ALTMAN**
      **UNITED STATES DISTRICT JUDGE**

cc: counsel of record

(Schedule A On the Following Page)

| Def No. | Store Name | Product URL |
|---|---|---|
| 1 | A Delicate Store | https://www.walmart.com/ip/Newborn-Infant-Baby-Girls-Romper-Tutu-Skirt-Dress-Party-Princess-Outfits-Set/935831479 |
| 2 | Ahomtoey | https://www.walmart.com/ip/Kids-Toddler-Baby-Boy-Pants-Bottom-Joggy-Leggings-Trousers-Cotton-Clothes-Fit-For-0-4Years/508219054?athbdg=L1400 |
| 3 | Allatever | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/751057282?athbdg=L1700 |
| 4 | An all-purpose grocery store | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/724384167 |
| 5 | Beautify Fashion Co.ltd | https://www.walmart.com/ip/Women-Slim-Casual-Blazer-Jacket-Top-Outwear-Long-Sleeve-Career-Formal-Long-Coat/984858366 |
| 6 | BelonRro | https://www.walmart.com/ip/New-Women-Bandage-Push-Up-Bikini-Top-Bandeau-Swimwear-Swimsuit-Beachwear-Bathing/440395030 |
| 7 | Bendibao | https://www.walmart.com/ip/Summer-Newborn-Kid-Baby-Boy-Clothes-Sleeveless-Hooded-Tops-Shorts-Outfits-Set/279924445 |
| 8 | Best Choice | https://www.walmart.com/ip/Women-Invisible-Silicone-Breast-Pads-Boob-Lift-Tape-Bra-Nipple-Cover-Sticker-Pad/233853683 |
| 9 | Best Service Co. ltd | https://www.walmart.com/ip/Women-Slim-Casual-Blazer-Jacket-Top-Outwear-Long-Sleeve-Career-Formal-Long-Coat/128588738 |
| 10 | bestwishes | https://www.walmart.com/ip/Calsunbaby-Women-Christmas-Sweaters-Pullover-Tops-S/919598366 |
| 11 | Bnwani Store | https://www.walmart.com/ip/Winter-Men-s-Warm-Ultralight-Puffer-Down-Parka-High-Neck-Coat-Jacket/640076867 |
| 12 | Brocade | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/738342916 |
| 13 | Brocade Co. Ltd | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/740082299 |

| | | |
|---|---|---|
| 14 | BUKANG LLC | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/456480203 |
| 15 | CEHONMS | https://www.walmart.com/ip/Billie-Eilish-Beanie-Stickman-Women-Men-Knit-Cap-Hat-Multiple-Colors-NEW-2019/513973805 |
| 16 | CFox Co.ltd | https://www.walmart.com/ip/Calsunbaby-Men-Sport-Pants-Tracksuit-Workout-Joggers-Gym-Sweatpants-11-Green-L/549813088 |
| 17 | CHANG ZH | https://www.walmart.com/ip/Calsunbaby-Men-Fleece-Warm-Hoodie-Camo-Sweatshirt-Pullover-Jumper-Coat-Gray-M/726740470 |
| 18 | Chloenoel | https://www.walmart.com/ip/Infant-Newborn-Baby-Girl-Princess-Non-Slip-Lace-Flower-Shoes-Baby-Shoes/444103247 |
| 19 | Cimiva | https://www.walmart.com/ip/Calsunbaby-Men-Fleece-Warm-Hoodie-Camo-Sweatshirt-Pullover-Jumper-Coat-Gray-M/195990575 |
| 20 | Cozyroom | https://www.walmart.com/ip/Women-Invisible-Silicone-Breast-Pads-Boob-Lift-Tape-Bra-Nipple-Cover-Sticker-Pad/322167998 |
| 21 | Cryptic | https://www.walmart.com/ip/seort/349473640 |
| 22 | CSun Co.ltd | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/203187804 |
| 23 | CXHDZ | https://www.walmart.com/ip/2PCS-Toddler-Baby-Kids-Girl-Summer-Clothes-Live-in-The-Sunshine-Sunflower-Vest-Tank-Tops-Denim-Short-Pants-Outfit-Set-1-2-Years/231179830 |
| 24 | Daily home LLC | https://www.walmart.com/ip/Calsunbaby-Women-Boho-Hippie-High-Waist-Wide-Leg-Long-Flare-Bell-Bottom-Pants-Floral/852627209 |
| 25 | DEITY | https://www.walmart.com/ip/Summer-Fashion-Chiffon-BOHO-Women-Ladies-Floral-Print-Jersey-Gypsy-Long-Maxi-Full-Skirt-Sun-Dress/197216756 |
| 26 | department store | https://www.walmart.com/ip/Princess-Kids-Baby-Girl-Dress-Mouse-Bag-Denim-Gown-Formal-Party-Dresses-Summer-Clothes/305933836 |
| 27 | Diantic Co., Ltd. | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/203187804 |
| 28 | DMMHAWP | https://www.walmart.com/ip/Calsunbaby-Women-Boho-Hippie-High-Waist-Wide-Leg-Long-Flare-Bell-Bottom-Pants-Floral/823920913 |
| 29 | DOLL GTUVT | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/641135096 |
| 30 | Doyoudo | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/788581449 |
| 31 | EAGLE | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/613802077 |
| 32 | Edward | https://www.walmart.com/ip/Women-Invisible-Silicone-Breast-Pads-Boob-Lift-Tape-Bra-Nipple-Cover-Sticker-Pad/322167998 |

| 33 | Exquisite Home Tool Co.,Ltd | EXCLUDED |
|---|---|---|
| 34 | Fantastic Shop Co.,Ltd | https://www.walmart.com/ip/Newborn-Infant-Baby-Girls-Romper-Tutu-Skirt-Dress-Party-Princess-Outfits-Set/935831479 |
| 35 | Fengniao Store Ts | https://www.walmart.com/ip/Calsunbaby-Women-s-Casual-Jeans-Shorts-Mid-Rise-Rolled-Hem-Hot-Shorts-Ripped-Denim-Shorts-with-Pockets-Blue-L/428859121?from=topicPage |
| 36 | Frozen | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 37 | FS MALL | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/203187804 |
| 38 | Galaxy | https://www.walmart.com/ip/Calsunbaby-Women-s-E-Girl-Oversized-Sweatshirt-Zip-Up-Hoodies-Coat-Hollow-Out-Long-Sleeve-Streetwear-Jacket-Black-S/981213074 |
| 39 | Gchagohay | https://www.walmart.com/ip/Calsunbaby-Family-Matching-Women-Kids-Christmas-Pyjamas-Xmas-Pajamas-Set-Dad-XL/481888155 |
| 40 | Gomyhom | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/748110902 |
| 41 | Goodhumoured | https://www.walmart.com/ip/Calsunbaby-Women-Christmas-Sweaters-Pullover-Tops-S/517126900 |
| 42 | GQING Co.ltd | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/203187804 |
| 43 | GQY Time lag | https://www.walmart.com/ip/Womens-Summer-Loose-Sleeveless-Vest-T-Shirt-Blouse-Lady-Boho-Lace-Tops-Plus-Size/386747746 |
| 44 | G's Toy Supply | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 45 | guang zhou cheng long wang luo ke ji you xian gong si | https://www.walmart.com/ip/Kids-Toddler-Baby-Boy-Pants-Bottom-Joggy-Leggings-Trousers-Cotton-Clothes-Fit-For-0-4Years/508219054?athbdg=L1400 |
| 46 | Guang Zhou Rui Tao Ke Ji You Xian Gong Si | https://www.walmart.com/ip/Summer-Fashion-Chiffon-BOHO-Women-Ladies-Floral-Print-Jersey-Gypsy-Long-Maxi-Full-Skirt-Sun-Dress/912696604 |
| 47 | guangzhougongyuanminmaoyiyouxiangongsi | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/748110902 |
| 48 | guangzhoushijinguangfushiyouxiangongsi | https://www.walmart.com/ip/Kids-Toddler-Baby-Boy-Pants-Bottom-Joggy-Leggings-Trousers-Cotton-Clothes-Fit-For-0-4Years/841072131 |

| | | |
|---|---|---|
| 49 | GuangZhouXiaoYuWangLuoYouXianGongSi | https://www.walmart.com/ip/Women-Soft-Pure-Satin-Silk-Sleeping-Cap-Night-Sleep-Hat-Hair-Care-Scarves-Bonnet/338829767 |
| 50 | GZSHY | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/144638886?athbdg=L1700 |
| 51 | Haijiaerte | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/954177168 |
| 52 | Haikou Tiegan Fanda E-commerce Co., Ltd | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/203187804 |
| 53 | haomeijiajiankangkeji | https://www.walmart.com/ip/Women-Invisible-Silicone-Breast-Pads-Boob-Lift-Tape-Bra-Nipple-Cover-Sticker-Pad/233853683 |
| 54 | Happy Mall | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/613802077?athbdg=L1700 |
| 55 | Happy Shopping Co.ltd | https://www.walmart.com/ip/Women-Slim-Casual-Blazer-Jacket-Top-Outwear-Long-Sleeve-Career-Formal-Long-Coat/315691680 |
| 56 | Hejing | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/748110902 |
| 57 | HEVIRGO | https://www.walmart.com/ip/Women-Satin-Night-Sleep-Cap-Hair-Bonnet-Hat-Silk-Elastic-Adjustable-Shower-Cap/776616122 |
| 58 | High quality mall | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/203187804 |
| 59 | Home Supply Co.,Ltd | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 60 | Hunankeyuanzhinengkejiyouxiangongsi | https://www.walmart.com/ip/2PCS-Toddler-Baby-Kids-Girl-Summer-Clothes-Live-in-The-Sunshine-Sunflower-Vest-Tank-Tops-Denim-Short-Pants-Outfit-Set-1-2-Years/231179830 |
| 61 | Hundred Treasure Bag | https://www.walmart.com/ip/Calsunbaby-Men-Baggy-Shirt-Cotton-Linen-Tee-Hippie-Sleeveless-Yoga-Tops-White-XXL/609050789 |
| 62 | HXZH | https://www.walmart.com/ip/Calsunbaby-Newborn-Baby-Girl-Ruffle-Romper-Jumpsuit-Sleeveless-Outfit-Pink-0-6-Months/393414484 |
| 63 | ikayaa | https://www.walmart.com/ip/Calsunbaby-Men-Fleece-Warm-Hoodie-Camo-Sweatshirt-Pullover-Jumper-Coat-Green-M/546114493 |
| 64 | Interesting Shop Co.,Ltd | https://www.walmart.com/ip/Newborn-Infant-Baby-Girls-Romper-Tutu-Skirt-Dress-Party-Princess-Outfits-Set/935831479 |
| 65 | iukovka | https://www.walmart.com/ip/2PCS-Toddler-Baby-Kids-Girl-Summer-Clothes-Live-in-The-Sunshine-Sunflower-Vest-Tank-Tops-Denim-Short-Pants-Outfit-Set-1-2-Years/231179830 |
| 66 | JIANMENG Co. Ltd | https://www.walmart.com/ip/Adult-Unisex-Winter-Fluffy-Thick-Faux-Fur-Hat-Warm-Ear-Warmer-Snow-Ski-Hats-Cap/469689372 |

| # | Name | URL |
|---|---|---|
| 67 | Jingyijia Home | https://www.walmart.com/ip/Womens-Summer-Loose-Sleeveless-Vest-T-Shirt-Blouse-Lady-Boho-Lace-Tops-Plus-Size/718099446 |
| 68 | jinhuashilongmandeqidianzishangwuyouxiangongsi | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 69 | Jinyiyuan Technology Inc | https://www.walmart.com/ip/Womens-Summer-Loose-Sleeveless-Vest-T-Shirt-Blouse-Lady-Boho-Lace-Tops-Plus-Size/718099446 |
| 70 | jiujiangshiyuankangdianzishangwuyouxiangongsi | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/456480203 |
| 71 | JLMMEN STORE | https://www.walmart.com/ip/0-24M-Newborn-Infant-Toddler-Baby-Boy-Wedding-Formal-Suit-Bowtie-Gentleman-Romper-Suspender-Pants-2pcs-Outfit-Set/911966033 |
| 72 | Jocelyn LLC | https://www.walmart.com/ip/Women-Soft-Pure-Satin-Silk-Sleeping-Cap-Night-Sleep-Hat-Hair-Care-Scarves-Bonnet/412645465 |
| 73 | Jojoyu | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/613802077?athbdg=L1700 |
| 74 | Joybuy | EXCLUDED |
| 75 | JUST LIKE FISHION | https://www.walmart.com/ip/Women-Slim-Casual-Blazer-Jacket-Top-Outwear-Long-Sleeve-Career-Formal-Long-Coat/984858366 |
| 76 | kaifenghaozhizhishangmaoyouxiangongsi | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/456480203 |
| 77 | KANGZHU Co.Ltd | https://www.walmart.com/ip/Waist-Trainer-Cincher-Trimmer-Sweat-Belt-Yoga-Shapewear-Gym-Body-Shaper/571953741 |
| 78 | KWDZ | https://www.walmart.com/ip/NEW-Toddler-Newborn-Baby-Boy-Girl-Deer-Soft-Stretch-Wrap-Swaddle-Blanket-Bath-Towel/459813260 |
| 79 | LA FOREOREUSE DE POINTE | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/899982029 |
| 80 | Lannger | https://www.walmart.com/ip/Calsunbaby-Men-Sport-Pants-Tracksuit-Workout-Joggers-Gym-Sweatpants-11-Green-L/549813088 |
| 81 | Larylus | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/136448262 |
| 82 | Ledonglanshishangmao | https://www.walmart.com/ip/Summer-Newborn-Kid-Baby-Boy-Clothes-Sleeveless-Hooded-Tops-Shorts-Outfits-Set/731881405 |
| 83 | LEMON-NM | https://www.walmart.com/ip/Toddler-Baby-Boy-Formal-Suit-Flower-Dress-Shirt-Shorts-Summer-Outfits-Clothes/278870706 |

| | | |
|---|---|---|
| 84 | LIANYAO | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/762207461 |
| 85 | LUKISU ZY | https://www.walmart.com/ip/Womens-Casual-Loose-Linen-Cotton-Jumpsuit-Dungarees-Playsuit-Trousers-Overalls/312299475 |
| 86 | LUNE | https://www.walmart.com/ip/6M-5Y-Toddler-Baby-Kid-Girls-Flower-Clothing-Set-Autumn-Long-Sleeve-Ruffles-Tops-Floral-Pants-Outfits/283992454 |
| 87 | LURFI | https://www.walmart.com/ip/Womens-Casual-Loose-Linen-Cotton-Jumpsuit-Dungarees-Playsuit-Trousers-Overalls/417097742 |
| 88 | LUYINNG | https://www.walmart.com/ip/Calsunbaby-Men-Sport-Pants-Tracksuit-Workout-Joggers-Gym-Sweatpants-11-Green-L/857598919 |
| 89 | LWCARE | https://www.walmart.com/ip/Adult-Unisex-Winter-Fluffy-Thick-Faux-Fur-Hat-Warm-Ear-Warmer-Snow-Ski-Hats-Cap/855370138 |
| 90 | MAMSER | https://www.walmart.com/ip/Women-Boho-Lantern-Long-Sleeve-Loose-Tops-Ladies-Hippie-Gypsy-Tunic-Blouse-Shirt/803353673 |
| 91 | Maple leaves | https://www.walmart.com/ip/Adjustable-Baby-Kids-Shampoo-Bath-Bathing-Shower-Cap-Hat-Wash-Hair-Shield/736104283 |
| 92 | Melorance | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/738342916 |
| 93 | Micaloco | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/641135096 |
| 94 | Modern Edition Store | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 95 | Moobody | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/901915696 |
| 96 | nanjingwenyixumaoyiyouxiangongsi | https://www.walmart.com/ip/New-Women-Bandage-Push-Up-Bikini-Top-Bandeau-Swimwear-Swimsuit-Beachwear-Bathing/957314157 |
| 97 | nanyangyechengshangmao | https://www.walmart.com/ip/Women-Slim-Casual-Blazer-Jacket-Top-Outwear-Long-Sleeve-Career-Formal-Long-Coat/324202480?athbdg=L1600 |
| 98 | New Hope Store | https://www.walmart.com/ip/Women-Boho-Lantern-Long-Sleeve-Loose-Tops-Ladies-Hippie-Gypsy-Tunic-Blouse-Shirt/312538980 |
| 99 | ONLENY | https://www.walmart.com/ip/seort/123168095 |
| 100 | OOCCEAD | https://www.walmart.com/ip/Womens-Summer-Loose-Sleeveless-Vest-T-Shirt-Blouse-Lady-Boho-Lace-Tops-Plus-Size/133049060 |
| 101 | Ostrich | https://www.walmart.com/ip/6M-5Y-Toddler-Baby-Kid-Girls-Flower-Clothing-Set-Autumn-Long-Sleeve-Ruffles-Tops-Floral-Pants-Outfits/283992454 |

| | | |
|---|---|---|
| 102 | Philosophical research | https://www.walmart.com/ip/Women-Boho-Lantern-Long-Sleeve-Loose-Tops-Ladies-Hippie-Gypsy-Tunic-Blouse-Shirt/803353673 |
| 103 | PINGNA Co.Ltd | https://www.walmart.com/ip/Calsunbaby-Women-s-Cartoon-Girls-Print-T-shirt-Young-Ladies-2021-Summer-y2k-Female-New-Cute-Harajuku-Slim-Crop-Tops-Tee/871064850 |
| 104 | POETIC SENTIMENT | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/788581449 |
| 105 | POMELO-YZ | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/774873540 |
| 106 | Pro Seller | EXCLUDED |
| 107 | qingdaominganranguojimaoyiyouxiangongsi | https://www.walmart.com/ip/New-Women-Bandage-Push-Up-Bikini-Top-Bandeau-Swimwear-Swimsuit-Beachwear-Bathing/906121734 |
| 108 | QINGJIA Co.Ltd | https://www.walmart.com/ip/Women-Satin-Night-Sleep-Cap-Hair-Bonnet-Hat-Silk-Elastic-Adjustable-Shower-Cap/776616122 |
| 109 | QuanzhoushiXingleXingmeidianzishangwuyouxiangongsi | https://www.walmart.com/ip/New-Women-Bandage-Push-Up-Bikini-Top-Bandeau-Swimwear-Swimsuit-Beachwear-Bathing/906121734 |
| 110 | RICCE | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/367291519 |
| 111 | RR Co.ltd | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/613802077 |
| 112 | ru zhou shi yan tao shang mao you xian gong si | https://www.walmart.com/ip/Women-Satin-Night-Sleep-Cap-Hair-Bonnet-Hat-Silk-Elastic-Adjustable-Shower-Cap/776616122 |
| 113 | SHANGSHAN Co.Ltd | https://www.walmart.com/ip/Waist-Trainer-Cincher-Trimmer-Sweat-Belt-Yoga-Shapewear-Gym-Body-Shaper/684627809 |
| 114 | SHEN ZHEN SHI DONG CHI HAO WANG LUO YOU XIAN GONG SI | https://www.walmart.com/ip/Kids-Toddler-Baby-Boy-Pants-Bottom-Joggy-Leggings-Trousers-Cotton-Clothes-Fit-For-0-4Years/508219054?athbdg=L1400 |
| 115 | shen zhen shi fang ji ke ji you xian gong si | https://www.walmart.com/ip/Womens-Bandage-Bodycon-Sleeveless-Evening-Party-Cocktail-Club-Short-Mini-Dress/746782659 |
| 116 | shen zhen shi xiao mei sen shi | https://www.walmart.com/ip/Summer-Newborn-Kid-Baby-Boy-Clothes-Sleeveless-Hooded-Tops-Shorts-Outfits-Set/279924445 |

| | | |
|---|---|---|
| | pin you xian gong si | |
| 117 | shenzhenhuangtianye | https://www.walmart.com/ip/Women-s-Sheer-Bikini-Cover-Up-Swimwear-Swimsuit-Bathing-Suit-Summer-Beach-Dress/882888323 |
| 118 | Shenzhenshi bairanjiadianzishangwu youxiangongsi | https://www.walmart.com/ip/Kids-Toddler-Baby-Boy-Pants-Bottom-Joggy-Leggings-Trousers-Cotton-Clothes-Fit-For-0-4Years/335292908 |
| 119 | shenzhenshidashengyongyumaoyi youxiangongsi | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 120 | shenzhenshiyouhuiyoumeimaoyi youxiangongsi | https://www.walmart.com/ip/Women-Plus-Size-Summer-Blouse-Tunic-Holiday-Ladies-Cotton-Linen-T-shirt-Tops/967770370 |
| 121 | Shuoguohui | https://www.walmart.com/ip/Calsunbaby-Mens-Plain-Hooded-Zip-Up-Jacket-Warm-Cotton-Sweatshirt-Black-M/699649805?athbdg=L1700 |
| 122 | SICHUANRUI HONGJIAYEK EJI | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 123 | Sixteen Store | https://www.walmart.com/ip/Womens-Summer-Loose-Sleeveless-Vest-T-Shirt-Blouse-Lady-Boho-Lace-Tops-Plus-Size/779367550 |
| 124 | Super Cheap Co.,Ltd | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 125 | Sweetheart Island | EXCLUDED |
| 126 | T.S.CO | https://www.walmart.com/ip/Calsunbaby-Men-Fleece-Warm-Hoodie-Camo-Sweatshirt-Pullover-Jumper-Coat-Gray-M/726740470 |
| 127 | Tiger | https://www.walmart.com/ip/Calsunbaby-Women-s-E-Girl-Oversized-Sweatshirt-Zip-Up-Hoodies-Coat-Hollow-Out-Long-Sleeve-Streetwear-Jacket-Black-S/981213074 |
| 128 | TMRHAON | https://www.walmart.com/ip/Women-Invisible-Silicone-Breast-Pads-Boob-Lift-Tape-Bra-Nipple-Cover-Sticker-Pad/540822060 |
| 129 | Tr.CAT CHr MALL | https://www.walmart.com/ip/Calsunbaby-Valentine-s-Day-Outfits-Baby-Girl-Ribbed-Sleeveless-Bell-Bottoms-Romper-Jumpsuit-Heart-Clothes-Pink-12-18-Months/996325598?from=topicPage |
| 130 | Typk LLC | https://www.walmart.com/ip/Billie-Eilish-Beanie-Stickman-Women-Men-Knit-Cap-Hat-Multiple-Colors-NEW-2019/872959994 |
| 131 | UMPSRVNR | https://www.walmart.com/ip/Calsunbaby-Mens-Casual-Plaid-Flannel-Long-Sleeve-Fit-Cotton-Shirt-Black-XL/408865547 |
| 132 | Un Poco Loco | https://www.walmart.com/ip/seort/123168095 |

| # | Name | URL |
|---|---|---|
| 133 | Unique Toys Inc | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 134 | Uteam | https://www.walmart.com/ip/Womens-Plus-Size-Maxi-Cocktail-Party-Wedding-Evening-Formal-Midi-Long-Dresses/901915696 |
| 135 | Wanchen | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/727148509 |
| 136 | Wannabuy | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/788581449 |
| 137 | WCRH.Cto.ld | https://www.walmart.com/ip/Womens-Elastic-Waist-Pencil-Stretch-Denim-Skinny-Drawstring-Jeans-Pants-Trousers/608257491?from=searchResults |
| 138 | wen chang dong can jian | https://www.walmart.com/ip/3PCS-Newborn-Baby-Girl-My-1st-Christmas-Romper-Bow-Tutu-Dress-Outfits-Clothes/398555273 |
| 139 | Xiaoxin Store | https://www.walmart.com/ip/Women-Sexy-Off-Shoulder-Crop-Tops-Ladies-Bardot-Loose-T-Shirt-Blouse-Plus-Size/331688439 |
| 140 | XIEOO | https://www.walmart.com/ip/3Pcs-Newborn-Infant-Baby-Girl-Clothes-Ruffle-Romper-Bodysuit-Floral-Shorts-Summer-Outfit/800581529 |
| 141 | YANWU Co.Ltd | https://www.walmart.com/ip/Women-Satin-Night-Sleep-Cap-Hair-Bonnet-Hat-Silk-Elastic-Adjustable-Shower-Cap/776616122 |
| 142 | yiwushixiaohua mingqishuomao yiyouxiangongsi | https://www.walmart.com/ip/Newborn-Kid-Baby-Girl-Floral-Clothes-Jumpsuit-Romper-Bodysuit-Pants-Outfit-Set/735905128 |
| 143 | yiwushixugetiyuyongpinyouxiangongsi | https://www.walmart.com/ip/Women-Satin-Night-Sleep-Cap-Hair-Bonnet-Hat-Silk-Elastic-Adjustable-Shower-Cap/776616122 |
| 144 | YOOUK | https://www.walmart.com/ip/Calsunbaby-Men-s-Sports-Training-Shorts-Workout-Fitness-GYM-Pants-Dark-Khaki-M/641135096 |
| 145 | Yoursss | https://www.walmart.com/ip/Summer-Fashion-Chiffon-BOHO-Women-Ladies-Floral-Print-Jersey-Gypsy-Long-Maxi-Full-Skirt-Sun-Dress/425668802 |
| 146 | YWGX | https://www.walmart.com/ip/Winter-Women-Cute-Cat-Claw-Paw-Plush-Mittens-Short-Fingerless-Gloves-Half-Finger/607472586 |
| 147 | ZIXIN Co.Itd | https://www.walmart.com/ip/Women-Boho-Lantern-Long-Sleeve-Loose-Tops-Ladies-Hippie-Gypsy-Tunic-Blouse-Shirt/270140111 |